080748.0110(207)	RMC:lab	#397

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| PEKIN LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19 C 5645 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| KIMBERLY OLENA, TAMMY WOODWORTH, | ) | Magistrate Judge Finnegan |
| and CRAIN FUNERAL HOME & CREMATION | ) | |
| SERVICE, a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR JUDGMENT

Now comes the Plaintiff, Pekin Life Insurance Company, by its attorneys, Robert Marc Chemers and Paula K. Villela of Pretzel & Stouffer, Chartered, and for its Motion for Judgment, respectfully states to this Honorable Court as follows:

1. Plaintiff filed its Complaint for Interpleader on August 22, 2019, because it was unable to determine to whom its $50,000 death benefit policy limit belonged by way of settlement, judgment or award and does not know how the distribution should be made.

2. Plaintiff's Complaint is premised upon 28 U.S.C. § 1335.

3. On October 15, 2019, the Court granted Plaintiff's Motion to deposit the interpleader fund (Doc 20).

4. Plaintiff has paid $50,198.80 into the Registry of this Court pursuant to the Order entered on October 15, 2019.

5. That the Defendants Tammy Woodworth and Kimberly Olena shall interplead each with the other to determine their respective rights to the proceeds and that it be adjudicated and adjudged to whom the funds belong.

6. Plaintiff Pekin Life Insurance Company prays that it be adjudged that it is discharged from any and all claims of the Defendants, or any or each of them, and that the Defendants and each of them, and their attorneys and agents, be forever enjoined and restrained from commencing or prosecuting any action or proceeding in any court or forum against Pekin Life Insurance Company.

Respectfully submitted:

s/ *Robert Marc Chemers*
Robert Marc Chemers (0431508)
Paula K. Villela (6298754)
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7548
Fax: (312) 346-8242
E-Mail: rchemers@pretzelstouffer.com
***Attorneys for Plaintiff***